DECLARATION

The UNDERSIDGNED, being first duly sworn, under the Penalty of Perjury, states of personal knowledge:

1. I am of sound mind and over 18.
2. I am a resident and citizen of the State of Maryland.
3. I am a defendant in the case styled as *City of Cleveland v. Shaker Heights Apartments Owner, LLC*. Case No. 2023-CVH-002772 in the Cleveland Municipal Court, Housing Division, Cuyahoga County, Ohio (the "State Court Action").
4. I CONSENT to the removal of the State Court Action, from the Cleveland Municipal Court to the United States District Court for the Northern District of Ohio, Eastern Division, at Cleveland.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.**

_____
Eli Weiss AKA Eliezer Weiss


Date:\_\_\_\_\_3/22/2023

Exhibit 3